FILED
12/29/17 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy S. Walsh<br>               Debtor(s) | |
| Lakeview Loan Servicing, LLC,<br>               Movant<br>      v.<br>Timothy S. Walsh<br>               Respondent(s)<br>      and<br>Jeffrey J. Sikirica, Trustee<br>               Additional Respondent | BK. NO. 17-23066 TPA<br><br>CHAPTER 7<br>Related to Docket #____21____ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

       AND NOW, this 29th day of December, 2017, upon Motion of Lakeview Loan Servicing, LLC, it is

       **ORDERED THAT:** The Motion is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is hereby modified with respect to the subject premises located at 723 Fifth Avenue, Coraopolis, PA 15108 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                       _____
                                                         United States Bankruptcy Judge

                                                                       vas

Timothy S. Walsh
11017 Azalea Drive
Pittsburgh, PA 15235

Matthew M. Herron Esq.
The Debt Doctors at Quatrini Rafferty
941 Penn Avenue
Suite 101
Pittsburgh, PA 15222
mmh@thedebtdoctors.com

Jeffrey J. Sikirica
121 Northbrook Drive (VIA ECF)
Pine Township
Gibsonia, PA 15044
SikiricaLaw@nauticom.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 17-23066-TPA
Timothy S. Walsh                                                  Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                Page 1 of 1          Date Rcvd: Dec 29, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db              +Timothy S. Walsh,    11017 Azalea Drive,    Pittsburgh, PA 15235-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@consolidated.net,    PA59@ecfcbis.com
          Matthew M. Herron    on behalf of Debtor Timothy S. Walsh mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5